Dismissed and Memorandum Opinion filed December 1, 2005









Dismissed and Memorandum Opinion filed December 1,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01029-CV

____________

 

AMERICO ENERGY RESOURCES, LLC AND
OSCAR NOSRATI, Appellants

 

V.

 

STATE OF TEXAS, BY AND THROUGH THE TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

 



 

On Appeal from the
127th District Court

Harris County, Texas

Trial Court Cause
No.
05-49181

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 7, 2005.

On November 18, 2005, the parties filed a motion to dismiss
the appeal in order to effectuate an agreement. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 1, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.